

**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 2 5 2008
Jun 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SABIAN W. GREEN )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) ) CIVIL ACTION
)
City of Chicago, (Department )
of Innovation and Technology ) **08CV3624**
Formerly Known As, Department) **JUDGE HART**
of Business and Information Services) **MAG. JUDGE BROWN**
(Name of the defendant or defendants) )

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is SABIAN W. GREEN of the county of Cook in the state of Illinois.

3. The defendant is City of Chicago, (Department of Innovation and Technology, Formerly Known As, Department of Business and Information Services), whose street address is 50 W. Washington, Suite 2700,
(city) Chicago (county) Cook (state) Illinois (ZIP) 60602

(Defendant's telephone number) (312)- 744-0220

4. The plaintiff sought employment or was employed by the defendant at (street address)
   50 W. Washington, Suite LL12 (city) Chicago
   (county) Cook (state) IL (ZIP code) 60682

5. The plaintiff [*check one box*]

   (a) ☐   was denied employment by the defendant.

   (b) ☐   was hired and is still employed by the defendant.

   (c) ☒   was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) _October_, (day) _12_, (year) _2001_.

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i)   ☒ the United States Equal Employment Opportunity Commission, on or about
         (month) _07_ (day) _04_ (year) _2008_.

   (ii)  ☒ the Illinois Department of Human Rights, on or about
         (month) _07_ (day) _31_ (year) _2003_.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES  ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES  ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 04 (day) 22 (year) 2008 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☒ other (specify): _Failed to give the plaintiff due process._

4

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_SEE Additional page (page 2)._

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☒ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ Direct the defendant to (specify): _____

5

_____

_____

_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____

(Plaintiff's name)

SADIAN W. GREEN

(Plaintiff's street address)

1115 N. Long Ave

_____

(City) Chicago   (State) IL   (ZIP) 60651

(Plaintiff's telephone number) (773) – 854-4010

Date: 6/25/08

# PAGE 2

**Item 13 continued**

1. A. Discharged March 21, 2003 Because of my Race, Black and my Sex, Male.
   B. Prima Facie Allegations
      1. My race is black and my sex is male.
      2. My job performance as Project Manager, in defendant's Business and Information Services department (now known as Department of Innovation and Technology) exceeded defendant's standards.
      3. On March 21, 2003, I was informed by Robert Kolman (Managing Deputy Chief Information Officer) and Yolanda Gardner (Director of Finance and Administration) of my discharge. Ms. Gardner showed me a letter dated February 5, 2003 from the then City Inspector General's Office requesting that I be terminated. The letter had personnel codes within its text that I had allegedly violated. Defendant did not provide me a copy of this letter nor did defendant tell me what the personnel codes meant. When asked what the personnel codes referred to, Ms. Gardner responded, "I don't know".
      4. My job performance was comparable or exceeded other employee's performance. An incident during my personal time was used to terminate my employment. Similarly situated employees of non-African descent and females who under similar circumstances were never terminated.
      5. Non African American employees and females who committed criminal activities and / or conducted themselves unbecoming of an officer or public employee, on city time, maintained their employment.

11. A. Discharged March 21, 2003 Never received the Right or Opportunity of Due Process.
    B. Prima Facie Allegations
       1. I never received the right or opportunity of due process nor was I informed as to why I was being terminated.

1

2. On March 21, 2003, I was informed by Robert Kolman (Managing Deputy Chief Information Officer) and Yolanda Gardner (Director of Finance and Administration) of my discharge. Ms. Gardner showed me a letter dated February 5, 2003 from the then City Inspector General's Office requesting that I be terminated. The letter had personnel codes within its text that I had allegedly violated. Defendant did not provide me a copy of this letter nor did defendant tell me what the personnel codes meant. When asked what the personnel codes referred to, Ms. Gardner responded, "I don't know".

3. I never received any written or verbal indication that my discharge was under consideration during the time I was employed by the defendant.

4. I never received a hearing nor did I receive a statement of evidence alleging what violations I was being charged with prior to being terminated by the defendant.

The unfortunate circumstances that I, Sabian Green, endured were personal, occurring during my personal time, causing no harm to any person or property and had nothing do with my work, the corporation or my performance. I was judged, convicted and terminated before the personal issue was resolved. The abrupt termination I received would never have occurred if I were female or any other race than African American.

2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

04W0731.06

| AGENCY | |
|---|---|
| X | IDHR |
| X | EEOC |

CHARGE NUMBER: 2004CF0257

## Illinois Department of Human Rights and EEOC

NAME (indicate Mr., Ms., Mrs.): SABIAN W. GREEN
HOME TELEPHONE (include area code): 773-854-4010
STREET ADDRESS: 1115 N LONG AVE
CITY, STATE AND ZIP CODE: CHGO, IL 60651
DATE OF BIRTH: 00/00/00

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

NAME: CITY OF CHICAGO DEPARTMENT OF BUSINESS & INFORMATION SERVICES
NUMBER OF EMPLOYEES, MEMBERS: 15+
TELEPHONE (include area code): 312 742 0667
STREET ADDRESS: 50 W WASHINGTON
CITY, STATE AND ZIP CODE: CHICAGO, IL 60609
COUNTY: 031

CAUSE OF DISCRIMINATION BASED ON: RACE   SEX   ARREST RECORD

DATE OF DISCRIMINATION
EARLIEST (ADEA/EPA): / /
LATEST (ALL): 03/21/2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed attach extra sheet(s))

I.   A.   ISSUE/BASIS

DISCHARGE - MARCH 21, 2003, BECAUSE OF MY ARREST RECORD

B.   PRIMA FACIE ALLEGATIONS

1. On March 28, 2002, I was arrested for allegedly driving under the influence. This case is still pending in court.

2. Respondent had knowledge of my arrest record.

3. On March 21, 2003, I was informed by Robert Kolman, Managing Deputy Chief Information Officer, and Yolanda Gardner, Director of Finance and Administration, of my discharge. Ms. Gardner, showed me a letter dated,

Cont'd...

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct

"OFFICIAL SEAL"
Rochelle Colston
Notary Public, State of Illinois
My Commission Expires September 18, 2006
Notary Public Seal

NOTARY (when necessary for State and Local Requirements) 7/31/03

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT          DATE

X _____   7/31/03
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, year)

EEOC FORM 5 (6/00)                   FEP9MEE3

Complainant Name:  SABIAN W. GREEN
Charge Number:  2004CF0257
Page 2

February 5, 2003, from the Inspector General Office requesting that I be terminated. The letter had personnel codes within its text that I had allegedly violated. I was not provided a copy of this letter by Respondent, nor did Respondent tell me what the personnel codes meant.

4. Similarly situated project managers who do not have an arrest record are treated differently under similar circumstances.

II.  A.  ISSUE/BASIS

DISCHARGE - MARCH 21, 2003, BECAUSE OF MY RACE, BLACK AND MY SEX, MALE

B.  PRIMA FACIE ALLEGATIONS

1. My race is black and my sex is male.

2. My job performance as Project Manager, in Respondent's Business Information Services Department, exceeded Respondent's standards.

3. On March 21, 2003, I was informed by Robert Kolman (male, white), Managing Deputy Chief Information Officer, and Yolanda Gardner (female, black), Director of Finance and Administration, of my discharge. Ms. Gardner, showed me a letter dated, February 5, 2003, from the Inspector General's Office requesting that I be terminated. The letter had personnel codes within its text that I had allegedly violated. I was not provided a copy of this letter by Respondent, nor did Respondent tell me what the personnel codes meant.

4. My job performance is comparable to that of two, similarly situated white, female, Project Managers, Amy Molen and Jacqueline Richter, both of whom have not been discharged.

MEE/RCG

EEOC Form 161 (3/98)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Mr. Frank Avila, Esq.<br>Avila & Tomic, LLC<br>227 West Monroe Street, Suite 2000<br>Chicago, IL 60606 | From: | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2003-03226 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*
John P. Rowe, District Director

APR 07 2008
(Date Mailed)

Enclosure(s)

cc: **CITY OF CHICAGO DEPARTMENT OF BUSINESS AND INFORMATION SERVICES**