

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **SABIAN W. GREEN**
(Please print)

STREET ADDRESS: **1115 N. Long Ave.**

CITY/STATE/ZIP: **CHICAGO, ILLINOIS, 60651**

PHONE NUMBER: **773-854-4010**

CASE NUMBER: **08CV3624**
**JUDGE HART**
**MAG. JUDGE BROWN**

_____  _____
Signature                   Date (6/25/08)

FILED
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT