Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3624 | DATE | 6/30/2008 |
| CASE TITLE | Green v. City of Chicago | | |

**DOCKET ENTRY TEXT**

Plaintiff's application for leave to proceed in forma pauperis [4] is granted. Plaintiff's motion for appointment of counsel is denied without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|